IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**BILLY F. STEPHENS**                                                              **PLAINTIFF**

**V.**                              **CASE NO. 5:22-CV-05061**

**COX COMMUNICATIONS, INC.**
**and MARK GREATREX, CEO**                                             **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation (Doc. 4) filed in this case on April 7, 2022, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. Fourteen (14) days have passed without objections being filed by the parties.

The Court has reviewed this case and, being well and sufficiently advised, finds that the Report and Recommendation is proper and is **ADOPTED IN ITS ENTIRETY**. Accordingly, for the reasons stated in the Report and Recommendation, the case is **DISMISSED WITHOUT PREJUDICE** due to lack of jurisdiction and Plaintiff's Motion for Leave to Proceed IFP (Doc. 2) is **DENIED**.

**IT IS SO ORDERED** on this 22nd day of April, 2022.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE